# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv361-RJC-DCK

| | |
|---|---|
| DEW ELECTRIC, INC., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>MASS ELECTRIC CONSTRUCTION )<br>CO. and ALDRIDGE ELECTRIC, INC. )<br>d/b/a MASS-ALDRIDGE, a Joint )<br>Venture; TRAVELERS CASUALTY )<br>AND SURETY COMPANY OF )<br>AMERICA; & CONTINENTAL )<br>CASUALTY COMPANY, )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte. The Court received notice from counsel for the defendants that the parties have reached a settlement agreement, which is still being finalized in writing, on the remaining claims. As a result, the Court hereby continues the September 13, 2010, trial date in this case. The parties should notify the Court as soon as the settlement is finalized, and subsequently file a stipulation of dismissal within thirty days of giving the Court official notice of the finalized settlement.

**SO ORDERED.**

Signed: August 20, 2010

Robert J. Conrad, Jr.
Chief United States District Judge